IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GREGORY LEE HARVEY,**

Petitioner,

v.   Civil Action No. **3:16CV915**

**ERIC WILSON,**

Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on December 1, 2016, the Court conditionally filed Petitioner's action. At that time, the Court warned Petitioner that he must keep the Court informed as to his current address if he was relocated or the Court would dismiss the action. *See* Fed. R. Civ. P. 41(b). On November 26, 2018, the United States Postal Service returned a November 9, 2018 Memorandum Order to the Court marked, "RETURN TO SENDER," and "UNABLE TO FORWARD," because Petitioner had relocated. Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 3 Dec. 2018
Richmond, Virginia